AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| PATRICIA GASE, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:26-cv-00205-MSS-AAS |
| EXPERIAN INFORMATION SOLUTIONS, INC,; et.al | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*      EXPERIAN IFORMATION SOLUTIONS, INC.
c/o Registered Agent   CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Florida   33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PATRICIA GASE
221 E. Walnut St
Avon Park, Florida  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:      February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

|  |  |  |
|---|---|---|
| PATRICIA  GASE | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) ) |  |
| v. | ) ) | Civil Action No.  8:26-cv-00205-MSS-AAS |
| EQUIFAX INFORMATION SERVICES, LLC,; et. al. | ) ) ) |  |
| *Defendant(s)* | ) ) ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> EQUIFAX INFORMATION SERVICES, LLC
> c/o Registered Agent  CORPORATION SERVICE COMPANY (CSO
> 1201 Hays Street
> Tallahassee, Florida  32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. WALNUT ST.
> AVON PARK, FLORIDA  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

PATRICIA GASE,                                   )
                                                 )
                                                 )
                                                 )
────────────────────────────                     )
*Plaintiff(s)*                                   )
          v.                                     )      Civil Action No.   8:26-cv-00205-MSS-AAS
                                                 )
TRANS UNION LLC,; et.al.                          )
                                                 )
                                                 )
────────────────────────────                     )
*Defendant(s)*                                   )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> TRANS UNION LLC
> c/o Registered Agent CT CORPORATION SYSTEM
> 1200 South Pine Island Road
> Plantation, Fl. 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. Walnut St
> Avon Park, Florida  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                        *CLERK OF COURT*

Date:    February 27, 2026                              MelanieBowman
                                                        ───────────────────────────────
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| PATRICIA GASE, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | )     Civil Action No. 8:26-cv-00205-MSS-AAS |
| | ) |
| | ) |
| CITIBANK,N.A.,; et.al. | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITIBANK, N.A.
c/o Registered Agent CT CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Fl. 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

PATRICIA GASE
221 E. Walnut St
Avon Park, Florida 33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

MelanieBowman

Date:     February 27, 2026

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| PATRICIA GASE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:26-cv-00205-MSS-AAS |
| | ) | |
| WELLA FARGO BANK, N.A., ; et.al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> WELLS FARGO BANK, N.A.                •
> c/o Registered Agent  CORPORATION SERVICE COMPANY
> 1201 Hays Street
> Tallahassee, Fl. 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. Walnut St
> Avon Park, Florida  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| PATRICIA GASE, <br><br><br> *Plaintiff(s)* <br> v. <br><br> COMMERCE BANK, ; et. al. <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No.  8:26-cv-00205-MSS-AAS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> COMMERCE BANK
> c/o Registered Agent CT CORPORATION SYSTEM
> 1200 South Pine Island Road
> Plantatin, Fl.  33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. Walnut St
> Avon Park, Florida  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| PATRICIA GASE, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   8:26-cv-00205-MSS-AAS |
| | ) | |
| KLARNA INC.,; et.al. | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> KLARNA INC
> c/o Registered Agent CORPORTATION SERVICE COMPANY
> 1200 Hays Street
> Tallahassee, Fl. 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. Walnut St
> Avon Park, Florida  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MelanieBowman

Date: February 27, 2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

|  |  |  |
|---|---|---|
| PATRICIA GASE <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELAN FINANCIAL SERVICES DIVISION, <br> U.S. BANK NATIONAL ASSOCIATION,; et.al. <br> (COMERICA) <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No.  8:26-cv-00205-MSS-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. BANK NATIONAL ASSOCIATION,
> ELAN FINANCIAL SERVICES DIVISION
> (COMERICA)
> c/o Registered Agent  CT CORPORATION SYSTEM
> 1200 South Pine Island Road
> Plantation, Florida  33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. WALNUT ST.
> AVON PARK, FLORIDA  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| PATRICIA GASE <br><br> *Plaintiff(s)* <br><br> v. <br><br> ELAN FINANCIAL SERVICES DIVISION, <br> U.S. BANK NATIONAL ASSOCIATION,; et.al. <br> (BANK UNITED) <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 8:26-cv-00205-MSS-AAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. BANK NATIONAL ASSOCIATION,
> ELAN FINANCIAL SERVICES DIVISION
> (BANK UNITED)
> c/o Registered Agent  CT CORPORATION SYSTEM
> 1200 South Pine Island Road
> Plantation, Florida  33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> PATRICIA GASE
> 221 E. WALNUT ST.
> AVON PARK, FLORIDA  33825

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: February 27, 2026

MelanieBowman

*Signature of Clerk or Deputy Clerk*